1  KIMBERLY O. BRANSCOME (Bar No. 255480)
   JONATHAN S. TAM (Bar No. 304143)
2  kbranscome@paulweiss.com
   jtam@paulweiss.com
3  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
4  2029 Century Park East, Suite 2000
   Los Angeles, CA  90067-4350
5  Telephone: (310) 982-4350
   Facsimile: (310) 943-1770
6
7  ROBERT A. ATKINS (*pro hac vice* forthcoming)
   JACQUELINE P. RUBIN (*pro hac vice* forthcoming)
8  NATALIE M. PITA (*pro hac vice* forthcoming)
   ratkins@paulweiss.com
9  jrubin@paulweiss.com
   npita@paulweiss.com
10 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
11 1285 Avenue of the Americas
   New York, New York 10019-6064
12 Telephone: (212) 373-3000
   Facsimile: (212) 757-3990
13
14 Attorneys for Defendant CVS HEALTH CORP.,
   Individually and Improperly Sued as
15 CVS CAREMARK CORP.

16                 UNITED STATES DISTRICT COURT
17                CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
18

| | |
|---|---|
| 19  CAAS, LLC D/B/A HARBOR PHARMACY, individually<br>20  and on behalf of a class of those similarly situated,<br>21<br>22         Plaintiff,<br>23  v.<br>24  GOODRX, INC.; GOODRX HOLDINGS, INC.; CVS CAREMARK<br>25  CORP.; EXPRESS SCRIPTS, INC.; MEDIMPACT HEALTHCARE<br>26  SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS, LLC,<br>27<br>28         Defendants. | Case No. 2:24-cv-10899<br><br>**CVS HEALTH CORP.'S NOTICE OF INTERESTED PARTIES**<br><br>Courtroom 5C<br>Honorable Sherilyn Peace Garnett |

1  Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Defendant CVS
2  Health Corp., sued as CVS Caremark Corp., certifies that Defendant CVS Health Corp.
3  is unaware of any person or entity, aside from its shareholders, that may have a pecuniary
4  interest in the outcome of this case.  Defendant CVS Health Corp. has no parent
5  corporation, and there is no publicly held corporation that owns 10% or more of CVS
6  Health Corp.'s stock.

Dated: February 7, 2025  Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  */s/ Kimberly O. Branscome*
       KIMBERLY O. BRANSCOME

Attorneys for Defendant CVS HEALTH CORP., Individually and Improperly Sued as CVS CAREMARK CORP.